UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

DOCKETED     JUL 2 9 2003
JUL 3 1 2003    MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Darnell Fields
Tammy Winston Fields

03C 5255

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.         Case No: _____
            (To be supplied by the Clerk of this Court)

Officer, George gass Star # 11672
Officer, Christoph Hoffman Star # 13208
Officer, John burzinski, Star # 3450
Officer, Rice, B, star Star # 16059
all are chicago police
Officers

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

__X__   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331(a) U.S. Code** (federal defendants)

_____   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Revised 4/01                            1

Added

## PLAINTIFFS

A. Name: Tammy Fields

B. List all aliases: None

C. Place of present confinement: Not locked up.

D. Address: 5253 W. Potomac Chicago IL 60651

Added

## DEFENDANT(S)

#1 Defendant: B. Rice star # 16059

Title: Officer

Place of employment: Chicago police department area District 5

I. **Plaintiff(s):**

A. Name: Darnell G Fields

B. List all aliases: _____

C. Prisoner identification number: 14908-424

D. Place of present confinement: Metropolitan Correctional Center

E. Address: 71 W. Van Buren Street Chgo IL 60606

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: George Gass star # 11672
Title: Officer
Place of Employment: Chicago police department #5 District

B. Defendant: Christoph Hoffman star # 13208
Title: Officer District #5
Place of Employment: Chicago police department District

C. Defendant: John Burzinski star # 3450
Title: Officer
Place of Employment: Chicago Police Department Area 5

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 4/01

2

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES ( ) NO (X) If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES ( ) NO (X)

C. If your answer is **YES**:

1. What steps did you take?

2. What was the result?

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

D. If your answer is NO, explain why not: DOESN'T CONCERN ME

Revised 4/01

3

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: _____NONE_____

B. Approximate date of filing lawsuit: _____NONE_____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____NONE_____

D. List all defendants: _____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: _____

G. Basic claim made: _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

H. Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 4/01

V. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Also violation 4th amend Rights unreasonable search & seizure ① False arrest ② Illegal search and seizure ③ No probable cause ④ Entrappment for double jeopardy. ⑤ warrantless arrest ⑥ discrimination ⑦ malicious prosection ⑧ malicious and false testimony/ Subornation of perjured. all the above defendants as accused of one or all of the charges. I have state transcripts as well as federal transcripts to support my allegations. Chicago police officer approach me and detained me outside of my apartment search me took keys from my pockets and went inside my house without a search warrant and conducted a search and coworice my wife to gave them written consent. CPD also lied during the state probable cause hearing the state Nollie proques the case and the federal gouverment pick it up which the CPD change there testimony about the sequence of events which allow them to proceed with criminal charges.

Revised 4/01

6

also in the suppression motion officer gass admitted that he was wrong at the probable cause hearing that led them the Federal government to charge me with the same charge as the state who denied me Due process.

Revised 4/01

7

**VI.** **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be compensative $500,000°° for my emotional distress and also would like for my criminal charges to be looked over again thank you.

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 6 day of 16, 20 03

Darnell Fields — Tammy Fields
(Signature of plaintiff or plaintiffs)

Darnell Fields — Tammy Fields
(Print name)

14908-424
(I.D. Number)

Metropolitan Correctional Center
71. W. Vanburen Street
Chicago IL 60665
(Address)